IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS


JAMES MATTHEW SIMMONS,

             Plaintiff,

                                          CIVIL ACTION
        vs.                               No. 10-3216-SAC

SAM CLINE, et al.,


             Defendants.


MEMORANDUM AND ORDER


    This matter comes before the court on a petition for writ
of mandamus filed by a prisoner in state custody.  Petitioner
proceeds pro se, and the court grants leave to proceed in forma
pauperis.

    Petitioner seeks to compel responses to grievances he
submitted to state prison officials.  Under 28 U.S.C. § 1361,
the federal district courts "have original jurisdiction of any
action in the nature of mandamus to compel an officer or
employee of the United States or any agency there of to perform
a duty owed to the plaintiff."  However, "[n]o relief against
state officials or state agencies is afforded by § 1361."
*Amisub (PSL), Inc. v. Colo. Dep't of Soc. Servs.*, 879 F.2d 789,
790 (10th Cir. 1989).  Accordingly, this action for mandamus

cannot proceed[1] and will be dismissed for failure to state a claim upon which relief may be granted.  This dismissal counts as a "prior occasion" under the three strikes provision, 28 U.S.C. § 1915(g).  *See Green v. Nottingham,* 90 F.3d 415, 418 (10th Cir. 1996).

IT IS, THEREFORE, BY THE COURT ORDERED petitioner's motions for leave to proceed in forma pauperis (Docs. 2 and 4) are granted.

IT IS FURTHER ORDERED the petition for mandamus is dismissed for failure to state a claim on which relief may be granted pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii).

A copy of this order shall be transmitted to the petitioner.

**IT IS SO ORDERED.**

Dated at Topeka, Kansas, this 11th day of January, 2011.

S/ Sam A. Crow
SAM A. CROW
United States Senior District Judge

---

[1] The court offers no opinion on the availability of state court remedies.